# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>624244 BRITISH COLUMBIA LTD,<br><br>　　　　　　　　　　Defendant. | NO:  CV-12-435-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80158-PCW11<br><br>ORDER OF DEFAULT JUDGMENT |

**THIS MATTER** came on for consideration upon the Motion of Plaintiff for Entry of Default and Judgment against Defendant 624244 British Columbia, Ltd., and it appearing from the file and records of this Court in this cause that the default judgment (BKC No. 25) entered by the bankruptcy court should be deemed

ORDER OF DEFAULT JUDGMENT ~ 1

proposed findings of fact and conclusions of law, and that entering final default judgment in conformity with the default judgment entered by the bankruptcy court is appropriate. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant 624244 British Columbia, Ltd., as follows:

1. Monetary Judgment in the amount of CAD $192,043.93, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $173,706.93 made to Defendant within four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. Transfers in the amount of CAD $18,337.00 made to Defendant more than four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, and 551 and RCW 19.40.041(1) and 19.40.071;

4. All said transfers to Defendant are hereby set aside, and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

ORDER OF DEFAULT JUDGMENT ~ 2

5. All proofs of claim of Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant or its affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein, and Defendant shall not be entitled to collect on its proof of claim (Claim No. 666-1) until the monetary judgment is satisfied by Defendant in full pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $192,043.93, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, enter judgment accordingly, and to provide copies to counsel, Defendant, and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 31st day of October 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge